**Claim Chart for U.S. Patent No. 7,246,128**

| US 7,246,128 | Best Buy |
|---|---|
| 21. A system for enabling multiple hierarchical points of view, comprising: | **"hierarchical points of view"**<br>From Abstract: A user interface can present results in the form of browsing multiple hierarchical representations, wherein matching categories are differentiated from non-matching categories.<br><br>From Spec: One way of representing an organizational structure or a point of view is a hierarchy. One example of such a hierarchy is a "drill down" hierarchy in which each level of a hierarchy represents related subcomponents of the next higher level of the hierarchy, with related elements of the various levels of the hierarchy being connected by lines or arrows.<br><br>From Spec: Moreover, since a user's own point of view may change, the system should allow the user or users to establish multiple hierarchies or points of view and to use the hierarchies interchangeably regardless of the structure of the data in connection with the hierarchies. The system should also permit users to conveniently construct and modify hierarchies that can be of a wide variety of types and should not be limited to a single hierarchy or type of hierarchy.<br><br>From Spec: As used herein, "point of view" or "individual point of view" can reflect a particular individual's or entity's way of looking at data within a frame of reference. The point of view can be thought of as a filter for data within the frame of reference. Points of view can embody an individual's view of the significance and interest of particular data. Set theory can be used to build a point of view, asking with respect to a data element, for example, whether it is a member of a particular set or whether it is an exact match, or partial match, to another element or item.<br><br>**Comment**: Below is eBay's implementation prior to US 7,246,128. Ebay's prior implementation was a simplistic drill-down menu that utilized a single hierarchical point of view (i.e. the user could only search for a single item within a category).<br><br>INTERNET ARCHIVE WaybackMachine http://pages.ebay.com/search/items/search.html<br>457 captures<br>12 Oct 1999 - 12 Oct 2023<br><br>**Find Items**<br>To use the old Search method, click here.<br>By Title \| By Item Number \| By Seller \| By Bidder \| Completed Items \| International Search<br>Search Title [ ] Search tips<br>Search title **and** description *Use this to find more items!*<br>Category: All Categories<br>Price Range: Between $ [ ] And $ [ ]<br>Regions: All of eBay<br>Sort by: Items ending first<br>View Results: All items / All items with Gallery preview / Gallery items only<br>Text only results<br><br>https://web.archive.org/web/20000229115826/http://pages.ebay.com/search/items/search.html |

**Comment:** For example, in the prior art implementation only one item could be chosen under the category "Category" (e.g. "Antiques & Art"), representing a single hierarchical point of view.



https://web.archive.org/web/20000229115826/http://pages.ebay.com/search/items/search.html

**Comment:** Similarly, only one item under the category "Regions" could be chosen (e.g. "CA--Los Angles"), representing a single hierarchical point of view.

https://web.archive.org/web/20000229115826/http://pages.ebay.com/search/items/search.html

**Comment**: Below is Yahoo's implementation around the time of the invention. Yahoo's advanced web search was a simplistic drill-down menu that utilized a single hierarchical point of view (i.e. the user could only search for a single item within a category).

Help

**Advanced Web Search** Yahoo! Directory Advanced Search

Find web pages

include all of the words:
include this exact phrase:
include at least one of these words:
exclude these words:

Search

More options

| | | |
|---|---|---|
| **Language:** | only show pages in | any language |
| **Country:** | only show pages from | any country |
| **Date:** | only show pages updated in the | anytime |
| **Keyword Locations:** | show pages where the keyword is | anywhere in the page |
| **Domain:** Only | show pages from the site or domain | e.g., yahoo.com, .org, .gov |

Search

**Search by URL (Web Address)**

Find web pages similar to Search
Find web pages that link to Search

https://web.archive.org/web/20021017220347/http://search.yahoo.com/search/options

**Comment:** For example, in Yahoo's implementation only one item could be chosen under the category "Language" (e.g. "English"), representing a single hierarchical point of view.

**Advanced Web Search** Yahoo! Directory Advanced Search

Find web pages

include all of the words:
include this exact phrase:
include at least one of these words:
exclude these words:

Search

More options

| | | |
|---|---|---|
| **Language:** | only show pages in | English |
| **Country:** | only show pages from | any country |
| **Date:** | only show pages updated in the | anytime |
| **Keyword Locations:** | show pages where the keyword is | anywhere in the page |
| **Domain:** Only | show pages from the site or domain | e.g., yahoo.com, .org, .gov |

Search

**Search by URL (Web Address)**

Find web pages similar to Search
Find web pages that link to Search

https://web.archive.org/web/20021017220347/http://search.yahoo.com/search/options

**Comment:** Similarly, only one item under the category "Country" could be chosen (e.g. "Brazil"), representing a single hierarchical point of view.

**Advanced Web Search** Yahoo! Directory Advanced Search

Find web pages

include all of the words:
include this exact phrase:
include at least one of these words:
exclude these words:

Search

More options

| | | |
|---|---|---|
| **Language:** | only show pages in | English |
| **Country:** | only show pages from | Brazil |
| **Date:** | only show pages updated in the | anytime |
| **Keyword Locations:** | show pages where the keyword is | anywhere in the page |
| **Domain:** Only | show pages from the site or domain | e.g., yahoo.com, .org, .gov |

Search

**Search by URL (Web Address)**

Find web pages similar to Search
Find web pages that link to Search

https://web.archive.org/web/20021017220347/http://search.yahoo.com/search/options

**Comment**: Best Buy's website utilizes multiple hierarchical points of view. For example, the user can select both "HP" and "Apple" under the "Brand" filter.



https://www.bestbuy.com/

**Comment**: Below are more examples showing Best Buy's website utilizing multiple hierarchical points of view (e.g. "Condition," "RAM," and "Total Storage Capacity").



| | |
|---|---|
| | [https://www.bestbuy.com/](https://www.bestbuy.com/) |
| a host processor; | [https://www.bestbuy.com/](https://www.bestbuy.com/) |
| a user interface controlled by the host processor for inputting points of view to the system; | **Comment**: The user interface allows to input points of view to the system (e.g."New," "96 gigabytes," "48 gigabytes," "250 GB and up," "500 GB and up," and "2 TB and up" under their respective filter). |



https://www.bestbuy.com/

| | |
|---|---|
| a connections generator controlled by the host processor and in communication with the user interface to receive the points of | **Comment:** The connections generator in the 7,246,128 patent is a dynamic connections generator, whereas the prior art used a static query.<br><br>**"connections generator"**<br>From Spec: At 504, the system can generate a query and obtain match results for the query. The dynamic query generator 322 of FIG. 9 can recognize the query as formatted for a particular type of |

| | |
|---|---|
| view and generate connections between elements in the points of view and metadata of data sources; | request. The dynamic query generator 322 can be constructed to be capable of providing database requests to databases or files in a variety of formats. |

https://www.bestbuy.com/



| a connections database operated on by the | **"connections database"** |
|---|---|

| | |
|---|---|
| connections generator in generating the connection and having a data structure including degrees of matching between data elements in the connections database and the metadata; and | From Spec: The underlying Connections Database of the Relativity DBMS can store unique identifiers for the stored iPOV, eBOK, Language Database, or subsidiary component (a hierarchy or category). An example of a unique key that can reference the "jeans" category within a woman's clothing iPOV can include the iPOV identifier (such as **342**), hierarchy identifier (such as **782**), parent node identifiers (such as **234**,**56**,**4**,**234**), and finally the category identifier (such as **12342**), resulting in a series of numbers (such as **342**,**782**;**234**,**56**,**4**,**234**;**12342**).<br><br>**"degrees of matching"**<br>From Spec: Sets can be established within and between the hierarchies to permit matching based on whether a data item is within or outside a given set.<br><br>From Spec: As used herein, a category's "significance threshold" can act to contain the activities of the similarity search engine at the time an application seeks to evaluate whether a research item is a member of a category. Significance thresholds can draw cut off lines where membership confidence values below the specified threshold are returned as zero. [binary confidence level] Since the Relativity DBMS has the significance threshold at the beginning of the membership evaluation process the threshold, in addition to acting to return zero values to the weighted equation, can act to abandon fitness evaluations that will likely return membership confidence scores below the threshold.<br><br>From Spec: After an iPOV is established, such as provided by the UI in the form of a hierarchy of linked levels appearing on the user's screen, the iPOV can be modified, such as to reflect learning, or to reflect a different frame of reference for a particular use of data. In an embodiment, an iPOV, and the code that relates to particular elements of the hierarchy, can be modified by interacting with the graphical UI, such as by clicking, dragging and dropping elements of the hierarchy into other screen locations. For example, if a component is found to have greater importance than previously thought in an iPOV, then it can be dragged to a higher level in the representation of the iPOV appearing on the user's screen.<br><br>**Comment**: The degrees of matching is indicated by whether a data item is within or outside a given set (i.e. if a data item is within a given set then it will be included in the results). |



Results for "computer".
All-in-One Computers
Mini PCs
All Laptops
Windows Laptops
MacBooks
Chromebooks
Monitors
Apple iPad
Show More
Brand
Search Brand
Best Buy Brands
HP
Dell
Lenovo
Apple
ASUS
1366 items
Sort By: Best Match
Filters: HP Apple Clear all
HP - Envy 2-in-1 16" Wide Ultra XGA Touch-Screen Laptop - Intel Core Ultra 7 - 32GB Memory - 2TB SSD - Glacier Silver
Model: 16-ac0033dx SKU: 6572057
(122)
Pick up in 1 hour at Torrance
Get it by tomorrow to 90277 • FREE
Compare Save
$1,049.99
Save $300 Was $1,349.99
Free 6-month security software
A $29.99 value
Add to Cart
Open-Box: from $802.99
HP - Envy 2-in-1 14" Wide Ultra XGA Touch-Screen Laptop - AMD Ryzen 5 - 16GB Memory - 512GB SSD - Glacier Silver
Model: 14-fa0013dx SKU: 6571087
$879.99
Free 6-month security software
A $29.99 value

https://www.bestbuy.com/

Results for "computer".
Condition
New
Open-Box
RAM
Search RAM
96 gigabytes
64 gigabytes
48 gigabytes
36 gigabytes
32 gigabytes
24 gigabytes
18 gigabytes
16 gigabytes
Show More
Total Storage Capacity
min. to max.
120 GB and up
250 GB and up
500 GB and up
1 TB and up
2 TB and up
3 items
Sort By: Best Match
Filters: New 48 gigabytes 96 gigabytes 2 TB and up 500 GB and up 250 GB and up Clear all
Apple - MacBook Pro 16" Laptop - M3 Max chip - 48GB Memory - 40-core GPU - 1TB SSD - Space Black
Model: MUW63LL/A SKU: 6534612
Color: Space Black
(94)
Pick up in 1 hour at Torrance
Get it by tomorrow to 90277 • FREE
Compare Save
$3,999.00
3 free months of Apple TV+ & 3 more
Add to Cart
Open-Box: from $3,538.99
CLX - RA Gaming Desktop - Intel Core i9 14900K - 96GB DDR5 5600 Memory - GeForce RTX 4090 - 2TB NVMe M.2 SSD + 6TB HDD - White
Model: TGMRAARTZ3A06WM SKU: 6564122
(6)
Pickup unavailable
Get it by Jul 15 to 90277
Compare Save
$6,499.99
Save $500 Was $6,999.99
Free 6-month security software
A $29.99 value
Add to Cart
Open-Box: from $5,426.99

https://www.bestbuy.com/

Page **11** of **15**



https://www.bestbuy.com/

https://www.bestbuy.com/

| matching applications controlled by the host | **"matching"** |
|---|---|

| | |
|---|---|
| processor and operating on the data sources to determine sets of data elements in the data sources having at least pre-selected degrees of matching with the elements in the points of view, the user interface displaying the data elements and degrees of matching for the data elements according to the points of view. | From Spec: The system can set a match threshold or defined distance from the center of the overall search space for which items falling within that space can be returned as the results of a search.<br><br>From Spec: Points of view can embody an individual's view of the significance and interest of particular data. Set theory can be used to build a point of view, asking with respect to a data element, for example, whether it is a member of a particular set or whether it is an exact match, or partial match, to another element or item.<br><br>From Spec: Sets can be established within and between the hierarchies to permit matching based on whether a data item is within or outside a given set.<br><br>From Spec: A match threshold can be set by the user to determine which result shells or rings can be displayed.<br><br>From Spec: Referring to FIG. 9, a schematic diagram can illustrate components for providing capabilities of the host system 300. The host system 300 can include computer 302, e.g., can be a server or other computer. The computer 302 can include an operating system 304, which can govern various application programs. The application programs can include a user interface application 320, a communications application 308, a dynamic query generator 322, a language generator 314, a cluster processor 312, one or more other database applications 316, and a matching application 310. Other applications can also be included with the host system.<br><br><br>FIG. 9<br><br>**Comment:** An example of a pre-selected degree of matching is the option to sort by "Best Match". |



https://www.bestbuy.com/

https://www.bestbuy.com/



| | |
|---|---|
| |  <br>https://www.bestbuy.com/ |