# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GLOBAL CONNECT TECHNOLOGY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHRISTIE'S INTERNATIONAL PLC, <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00647-JRG <br> (LEAD CASE) |
| GLOBAL CONNECT TECHNOLOGY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BEST BUY CO., INC., <br><br> *Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00648-JRG <br> (MEMBER CASE) |
| GLOBAL CONNECT TECHNOLOGY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> *Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00649-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Motion to Dismiss (the "Motion") filed by Defendant Christie's International PLC ("Christie's"). (Dkt. No. 14.) Since Christie's filed the Motion, on March 10, 2025, Plaintiff Global Connect Technology, Inc. ("Plaintiff") filed its First Amended Complaint for Patent Infringement against Christie's. (Dkt. No. 22.)

It is well established that a later-filed amended complaint moots a motion asking the Court to dismiss an earlier-filed complaint. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions . . . moot*."); see also Bishop Display Tech LLC v. Samsung Elecs. Co., Ltd.*, Case No. 2:21-cv-00139-JRG, Dkt. No. 40 (E.D. Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot."); *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 7, 2019) ("Accordingly, the filing of an amended complaint moots a motion to dismiss the original complaint.").

Accordingly, the Court finds that the Motion (Dkt. No. 14), which is based upon Plaintiff's Original Complaint for Patent Infringement, should be and hereby is **DENIED AS MOOT**.

**So Ordered this**

**Mar 11, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE