# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GLOBAL CONNECT TECHNOLOGY, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00647-JRG |
| CHRISTIE'S INTERNATIONAL PLC, | § § § | (LEAD CASE) |
| *Defendant*. | § § § | |
| | | |
| GLOBAL CONNECT TECHNOLOGY, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00648-JRG |
| BEST BUY CO., INC. and BESTBUY.COM, LLC, | § § § § | (MEMBER CASE) |
| *Defendants*. | § § | |

## **ORDER**

Before the Court is Defendants Best Buy Co., Inc. and Bestbuy.com, LLC's ("Best Buy") Motion to Dismiss for Lack of Standing Pursuant to Fed. R. Civ. P. 12(h)(3) and 12(b)(1) (the "Motion"). (Dkt. No. 94.) In the Motion, Best Buy seeks to dismiss Plaintiff Global Connect Technology, Inc.'s ("Plaintiff") First Amended Complaint pursuant to 12(h)(3) and 12(b)(1) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Since the filing of the Motion, Plaintiff has filed its Second Amended Complaint for Patent Infringement against Defendant. (Dkt. No. 107.)

It is well established that a later-filed amended pleading moots a motion asking the Court

to dismiss an earlier-filed pleading. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions . . . moot."); *Bishop Display Tech LLC v. Samsung Elecs. Co.*, Ltd., No. 2:21-cv-00139-JRG, Dkt. No. 40 (E.D. Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot.").

Accordingly, the Court finds that Best Buy's Motion (Dkt. No. 94), which is based on the First Amended Complaint, should be and hereby is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 10th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE